## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL BANNY** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION 1:10CV13-LG-RHW** |
| | § | |
| **QUICKEN LOAN, INC., et al.** | § | **DEFENDANTS** |

### ORDER GRANTING MOTION TO DISMISS AS UNOPPOSED

**BEFORE THE COURT** is the Motion to Dismiss [4] filed by the plaintiff, Michael

Banny.  Upon reviewing the Motion and learning that the Motion is unopposed, the Court finds

that the Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [4]

filed by the plaintiff, Michael Banny, is **GRANTED**.  This lawsuit is hereby **DISMISSED**

**WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of March, 2010.


s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge